IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD J. TIBBS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. ED CV 14-834 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed <u>de novo</u> the moving papers, Magistrate Judge Wilner's Report and Recommendation, and the supplemental statement of decision. (Docket # 20, 29.) Further, the Court considered the Attorney General's objections and Petitioner's response. (Docket # 27, 28.) The Court accepts the findings and recommendation of the Magistrate Judge and affirms the decision to stay this action.

1  IT IS ORDERED that the action be stayed during the pendency of
2  Petitioner's state habeas actions.  The Court refers the matter to Magistrate Judge
3  Wilner for further proceedings.

4
5  DATE: August 31, 2015 _____
6  _____
   HON. S. JAMES OTERO
7  UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28