# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD J. TIBBS,<br><br>    Petitioner,<br><br>    v.<br><br>GROUNDS, Warden-SVSP,<br><br>    Respondent. | Case No. ED CV 14-834 SJO (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

| | |
|---|---|
| 1 | IT IS ORDERED that Judgment be entered denying the petition and |
| 2 | dismissing this action with prejudice. |
| 3 | |
| 4 | *S. James Otero* |
| 5 | DATE: April 29, 2017    _____ |
| 6 | HON. S. JAMES OTERO<br>UNITED STATES DISTRICT JUDGE |