JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD J. TIBBS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GROUNDS, Warden-SVSP,<br><br>　　　　Respondent. | Case No. ED CV 14-834 SJO (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 29, 2017

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE